# **EXHIBIT A**

AFFIDAVIT ATTACHED 6/15/2021 1:52 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 54433395
Receipt Number: 920409 By: JIMMY RODRIGUEZ
Tracking Number: 73876049 Filed: 6/15/2021 1:52 PM

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202132472

| | |
|---|---|
| PLAINTIFF: TRAN, PHILLIP | In the 125th Judicial |
| vs. | District Court of |
| DEFENDANT: FIESTA MART LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: FIESTA MART LLC (A DOMESTIC FOR-PROFIT LIMITED LIABILITY COMPANY) BY SERVING THE REGISTERED AGENT ON FILE CT CORPORATION SYSTEM

1999 BRYAN STREET SUITE 900
DALLAS TX 75201

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on May 28, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this June 2, 2021.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: LISA THOMAS

Issued at request of:
ZAID, JOHN K
16951 FEATHER CRAFT LN.
HOUSTON, TX  77058

Bar Number: 24037764

AFFIDAVIT ATTACHED

Tracking Number: 73876049
EML

CAUSE NUMBER: 202132472

| | |
|---|---|
| PLAINTIFF: TRAN, PHILLIP | In the 125th |
| vs. | Judicial District Court |
| DEFENDANT: FIESTA MART LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____        _____
                                 _____ of _____
County, Texas
_____    By: _____
          Affiant                                 Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 \_\_\_\_\_

_____
                                                            Notary Public

CAUSE NO. 2021-32472

| | | |
|---|---|---|
| PHILLIP TRAN | § | IN THE DISTRICT COURT |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| FIESTA MART, LLC | § | |
| *Defendant.* | § | 125th JUDICIAL DISTRICT |

## AFFIDAVIT OF ALTERNATIVE SERVICE

**STATE OF TEXAS**
**COUNTY OF HARRIS**

    I, the undersigned, individually, make the following representations to the Judge of the said court, to induce her/him to enter an order authorizing me to serve citations and/or other notices issued from his/her court or to confirm to the provisions of a blanket order pursuant to Rule 103 Texas Rules of Civil Procedure. All representations are true and correct to my personal knowledge.

1. I am not less than 18 years of age
2. I am an individual residing in the State of Texas.
3. I am not a party and will not be interested in the outcome of any case in which I request the Court to authorize service by myself.
4. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.
5. I have studied and am familiar with this the TEXAS RULE OF CIVIL PROCEDURE, VERNONS TEXAS CIVIL STATUES, CIVIL PRACTICE AND REMEDIES CODE and all applicable rules and statues relating to service of citation and/or notices.

Before me, the undersigned authority, personally appeared Collin Wellman, who swore under oath that the following facts are true and correct:

My name is Collin Wellman. I am a private process server authorized by the Supreme Court of Texas. I am an agent of Bay Oaks Process. My business address is 1002 Gemini Avenue, Houston, Texas 77058.

On June 2, 2021 at 3:27 P.M. I received a Citation with attached Plaintiff's Original Petition to be delivered to **FIESTA MART LLC (A DOMESTIC FOR-PROFIT LIMITED LIABILITY COMPANY) REGISTERED AGENT CT CORPORATION SYSTEM AT 1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201.**

1. On June 2, 2021 4:43 P.M. I mailed by **CERTIFIED MAIL RETURN RECEIPT REQUEST** a true and correct copy of the above documents to **FIESTA MART LLC (A DOMESTIC FOR-PROFIT LIMITED LIABILITY COMPANY) REGISTERED AGENT CT CORPORATION SYSTEM AT 1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201.**

2. The above documents were **delivered on June 7, 2021.**

3. Green card was **RETURNED SIGNED ON June 15, 2021.**

4. See attached certified mail receipt, USPS receipt, and green card.

_____
Collin Wellman PSC# 16156
Expires 03/31/2023

**SWORN TO AND SUBSCRIBED BEFORE ME,** the undersigned Notary Public. On the __15__ day of __June__, 2021 to attest witness my hand and seal of office.

DEVIN REID BURDG
Notary Public, State of Texas
Comm. Expires 02-24-2024
Notary ID 132372305

_____
**NOTARY PUBLIC**





```
            DELBERT L ATKINSON
             6100 SPENCER HWY
            PASADENA, TX 77505-9998
               (800)275-8777
06/02/2021                        04:43 PM
------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------
Priority Mail® 1-Day  1               $7.95
Flat Rate Env
   Houston, TX 77089
   Flat Rate
   Expected Delivery Date
      Thu 06/03/2021
   Certified Mail®                    $3.60
      Tracking #:
         70201290000044009527
   Return Receipt                     $2.85
      Tracking #:
         9590 9402 6304 0274 1962 35
Total                                $14.40

Priority Mail® 1-Day  1               $7.95
Flat Rate Env
   Houston, TX 77089
   Flat Rate
   Expected Delivery Date
      Thu 06/03/2021
   Tracking #:
      9505 5114 5486 1153 6773 17
   Insurance                          $0.00
      Up to $50.00 included
Total                                 $7.95
------------------------------------------
Grand Total:                         $22.35
------------------------------------------
Credit Card Remitted                 $22.35
   Card Name: VISA
   Account #: XXXXXXXXXXXX5494
   Approval #: 414689
   Transaction #: 812
   AID: A0000000980840            Chip
   AL: US DEBIT
   PIN: Not Required
```



# USPS Tracking®

FAQs >

Track Another Package  +

Remove ✕

**Tracking Number:** 9505511454861153677317

Your item was delivered in or at the mailbox at 3:36 pm on June 3, 2021 in HOUSTON, TX 77089.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, In/At Mailbox

June 3, 2021 at 3:36 pm
HOUSTON, TX 77089

Feedback 

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

June 3, 2021, 3:36 pm
Delivered, In/At Mailbox
HOUSTON, TX 77089
Your item was delivered in or at the mailbox at 3:36 pm on June 3, 2021 in HOUSTON, TX 77089.

June 3, 2021, 9:13 am
Out for Delivery
HOUSTON, TX 77089

June 3, 2021, 9:02 am
Arrived at Post Office

HOUSTON, TX 77075

June 3, 2021, 8:05 am
Arrived at USPS Facility
HOUSTON, TX 77075

June 3, 2021, 7:03 am
Departed USPS Regional Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

June 2, 2021, 8:37 pm
Arrived at USPS Regional Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

June 2, 2021, 4:42 pm
USPS in possession of item
PASADENA, TX 77505

Feedback

**USPS Tracking Plus™** ⌄

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70202450000228308948

Remove ✕

Your item was delivered at 10:11 am on June 7, 2021 in DALLAS, TX 75201.

✓ **Delivered**

June 7, 2021 at 10:11 am
DALLAS, TX 75201

Feedback

Get Updates ∨

---

Text & Email Updates 

---

Tracking History 

June 7, 2021, 10:11 am
Delivered
DALLAS, TX 75201
Your item was delivered at 10:11 am on June 7, 2021 in DALLAS, TX 75201.

June 7, 2021, 9:36 am
Arrived at Post Office
DALLAS, TX 75201

June 4, 2021, 6:25 pm
Available for Pickup
DALLAS, TX 75201

June 4, 2021, 6:10 am
Out for Delivery
DALLAS, TX 75201

June 4, 2021, 5:21 am
Departed USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

June 3, 2021, 10:16 pm
Arrived at USPS Regional Destination Facility
DALLAS TX DISTRIBUTION CENTER

June 3, 2021
In Transit to Next Facility

June 2, 2021, 8:38 pm
Departed USPS Regional Origin Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

Feedback

June 2, 2021, 8:36 pm
Arrived at USPS Regional Origin Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

June 2, 2021, 4:44 pm
USPS in possession of item
PASADENA, TX 77505

**Product Information**  ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback