United States District Court
Southern District of Texas
**ENTERED**
April 15, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHILLIP TRAN, | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | §  CIVIL ACTION NO. 21-cv-02159 |
| | § |
| FIESTA MART, LLC | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion, the court grants Fiesta Mart, LLC's summary judgment motion, (Docket Entry No. 11), and dismisses all claims. This is a final judgment.

SIGNED on April 15, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge